■ MICHAEL DOYLE et al., Appellants, v BARDEN AND ROBESON CORPORATION et al., Defendants, and MILO CORPORATION, Respondent. (Appeal No. 4.) [828 NYS2d 226]—Appeal from an order of the Supreme Court, Niagara County (Erin M. Peradotto, J.), entered January 20, 2006 in a personal injury action. The order granted the motion of defendant Milo Corporation for summary judgment dismissing the third amended complaint and cross claims against it and denied plaintiffs' motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.

■ MICHAEL DOYLE et al., Appellants, v BARDEN AND ROBESON CORPORATION et al., Respondents. (Appeal No. 5.) [827 NYS2d 916]—Appeal from an order of the Supreme Court, Niagara County (Erin M. Peradotto, J.), entered April 19, 2006 in a personal injury action. The order converted plaintiffs' motion for leave to renew to a motion for leave to reargue and, upon reargument, denied the motion.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue be and the same hereby is unanimously dismissed (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]) and the order is affirmed without costs. Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.